UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
FUSION CUISINE, Inc.           )    Case No.  10-00821
                               )    (Chapter 11)
         Debtor.               )

ADDITIONAL SCHEDULES AND sTATEMENTS

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date September 13, 2010

                                Signature /s/ Mustafa Cemil Poyraz

                                Mustafa Cemil Poyraz, President
                                (Print Name and Title)

CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of September, 2010, notice of the filing of the Statistical Summary, Statement of Financial Affairs, Rule 7007.1 Statement, Declaration, Disclosure of Compensation, and (in the case of creditors not included in the List of Creditors and Mailing Matrix previously filed in this Case) a copy of the Notice to Creditors was sent (a) electronically, via the Court's ECF system in this Case; and (b) via mail through the U.S.

Postal Service, first class postage prepaid, to the other persons and entities listed on the attached service list.

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson

B & G Stainless Works
13735 Moccasin Court
Dale City, VA 22193

Capital Meat Company
5226 Monroe Place
Hyattsville, MD 20781

Citibank
1901 Wisconsin Avenue, N.W.
Washington, DC 20007

Ecolab
370 N. Wabasha Street
Saint Paul, MN 55102-2233

Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

International Gourmet

Jorge H. Lobo
14393 Water Mountain Court
Centerville, VA 20120

Kevin B. McParland, Esq.
Bregman, Berbert, Schwartz & Gilday, LLC
7315 Wisconsin Avenue
Suite 800, West
Bethesda, MD 20814

Mustafa Camil Poyraz
1530 Key Boulevard
Apartment 1122
Arlington, VA 22209

Mustafa Cemil Poyraz
1530 Key Boulevard
Apartment 1122
Arlington, VA 22209

Pablo Henrich
1415 Florida Avenue, N.W.
Apartment 104
Washington, DC 20039

Pascal & Weiss, P.C.
1008 Pennsylvania Avenue, S.E.
Washington, DC 20003

PEPCO
Collection Rep., Bankruptcy Desk
701 Ninth Street, N.W.
Washington, DC 20068-0001

Sabon Askay
NY

Sami Chway
250 S. Reynolds Street
Alexandria, VA 22304

Sami Chway and Sleiman Kysia
352 South Pickett Street
Alexandria, VA 22304

Samuels & Son Seafood Co
3400 S. Lawrence Street
Philadelphia, PA 19148

Sleiman Kysla
352 South Pickett St.
Alexandria, VA 22304

The Country Vintner, Inc.
2212 Channing St., NE
Washington, DC 20018