# United States Bankruptcy Court
## District of District of Columbia

In re  **Fusion Cuisine, Inc.  Case #10-00821**                                    Case No. **10-00821**
                            Debtor(s)                                              Chapter  **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Summary of Schedules**


## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to all persons and entities listed on the attached mailing list and Supplement Mailing Matrix:


Date:  **September 17, 2010**          **/s/ Kenneth L. Samuelson   Bar No.**
                                       Kenneth L. Samuelson   Bar No. 302455
                                       Attorney for Debtor(s)
                                       **Samuelson Law Offices, LLC**
                                       **2020 Pennsylvania Avenue, N.W.**
                                       **#417**
                                       **Washington, DC 20006-1811**
                                       **202-494-0848 Fax:240-499-8939**
                                       **ksamuelson@samuelson-law.com**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of District of Columbia

In re    **Fusion Cuisine, Inc. Case #10-00821**_____,
Debtor

Case No. ___**10-00821**_____

Chapter _____**11**_____

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 219,300.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 105,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 449,136.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 13 | | | |
| Total Assets | | | 219,300.00 | | |
| Total Liabilities | | | | 554,136.00 | |

# United States Bankruptcy Court
## District of District of Columbia

In re  **Fusion Cuisine, Inc.   Case #10-00821**                                              Case No.  **10-00821**
                                        Debtor(s)                                              Chapter   **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __1__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.


Date  **September 17, 2010**                        Signature  **/s/ Mustafa C. Poyraz**
                                                              **Mustafa C. Poyraz**
                                                              **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of September, 2010, a copy of the foregoing Amended Summary of Schedules was sent (a) electronically, via the Court's ECF system in this Case; and (b) via mail through the U.S. Postal Service, first class postage prepaid, to the other persons and entities listed on the attached service list from the Court's ECF system and the aforementioned attached Supplemental matrix pursuant to LBRs 1007 and 1009.

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 10-00821<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Fri Sep 17 16:50:47 EDT 2010 | Child Support Services Division<br>Office of the Attorney General<br>Judiciary Square 441 4th Street, NW<br>5th Floor<br>Washington, DC 20001 | D.C. Office of Tax and Revenue<br>Bankruptcy Division<br>941 N. Capitol Street, NW<br>Washington, DC 20002-4259 |
| D.C. Unemploy. Comp. Board<br>6th and Penna. Ave., N.W.<br>Washington, DC 20001-2106 | DC Unemploy. Comp. Board<br>609 H St., NE<br>Room 3530367<br>Washington, DC 20002-4347 | District Unemployment Compensation Board<br>609 H St., NE<br>Room 353-367<br>Washington, DC 20002-4347 |
| Fusion Cuisine, Inc.<br>3277 M Street, N.W.<br>Washington, DC 20007-3632 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Ofc of Corp. Counsel<br>1 Judiciary Sq.<br>441 4th St., N.W.<br>6th Fl. North, Ste 1060<br>Washington, DC 20001-2714 |
| Office of Attorney General<br>Tax, Bankruptcy, and Finance<br>One Judiciary Square<br>441 4th Street, NW<br>6th Floor<br>Washington, DC 20001-2714 | Secretary of the Treasury<br>15th and Pennsylvania Aveneu, NW<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Road, NW; #1000<br>Atlanta, GA 30326-3235 |
| U. S. Trustee for Region Four 11<br>U. S. Trustee's Office<br>115 South Union St<br>Suite 210 Plaza Level<br>Alexandria, VA 22314-3317 | U.S. Attorney's Office<br>Civil Division - Judiciary Ct. Building<br>555 4th St., N.W.<br>4th Floor<br>Washington, DC 20001-2733 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 |
| B & G Stainless Works<br>13735 Moccasin Court<br>Dale City, VA 22193-4422 | Capital Meat Company<br>5226 Monroe Place<br>Hyattsville, MD 20781-1035 | Citibank<br>1901 Wisconsin Avenue, N.W.<br>Washington, DC 20007-2228 |
| Ecolab<br>370 N. Wabasha Street<br>Saint Paul, MN 55102-1390 | Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400 | Jorge H. Lobo<br>14393 Water Mountain Court<br>Centerville, VA 20120 |
| Kevin B. McParland, Esq.<br>Bregman, Berbert, Schwartz & Gilday, LLC<br>7315 Wisconsin Avenue<br>Suite 800, West<br>Bethesda, MD 20814-3202 | Kysia Sleiman<br>352 South Pickett Street<br>Alexandria, VA 22304-4704 | Mr. Sami Chway<br>250 South Reynolds St.<br>Alexandria, VA 22304-4437 |
| Mustafa C. Poyraz<br>1530 Key Boulevard<br>Apartment 1122<br>Arlington, VA 22209-1541 | Pablo Henrich<br>1415 Florida Avenue, N.W.<br>Apartment 104<br>Washington, DC 20009-5844 | Pascal & Weiss, PC<br>1008 Pennsylvania Ave., SE<br>Washington, DC 20003-2142 |
| (p)PEPCO<br>LEGAL SERVICES<br>PEPCO HOLDINGS INC<br>701 NINTH ST NW SUITE 1100<br>WASHINGTON DC 20068-0001 | Pepco<br>P.O. Box 4863<br>Trenton, NJ 08650-4863 | Pillsbury Winthrop Shaw Pittman<br>2300 N Street, NW<br>Washington, DC 20037-1122 |

Sami Chway and Sleiman Kysia
352 South Pickett Street
Alexandria, VA 22304-4704

Samuels & Son Seafood Co
3400 S. Lawrence Street
Philadelphia, PA 19148

The Country Vintner, Inc.
2212 Channing St., NE
Washington, DC 20018-2128


Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2029

Kenneth L. Samuelson
Samuelson Law Offices, LLC
2020 Pennsylvania Ave., NW
#417
Washington, DC 20006-1811


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P.O. Box  21126
Philadelphia, PA 19114

(d)Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Pepco
701 Ninth Street, NW
Washington, DC 20068


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)International Gourmet

(u)Sabon Askay
NY

End of Label Matrix
Mailable recipients    34
Bypassed recipients     2
Total                  36

SUPPLEMENTAL MAILING MATRIX

(dated September 17, 2010)

Gurkan Us
1600 North Oak Street
Apartment 1730
Arlington, VA 22209

International Gourmet
7520 Fullerton Road
Springfield, VA 22153

Sleiman Kysia
352 South Pickett St.
Alexandria, VA 22304