NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**                                                                    **Case No.** 10−00821

Fusion Cuisine, Inc. and Fusion Cuisine, Inc.

**Debtor**                                                                   **Chapter** 11

## NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  12/9/10

TIME:  9:30 AM

LOCATION:  Courtroom 1 US Courthouse 333 Constitution Ave NW Washington, DC

The following matter(s) will be considered and acted upon at the time:

Motion for Relief from Stay Re: 3277 M Street, NW, Washington, DC, 20007 Filed by Sleiman Kysia , Sami Chway

Dated:  11/19/10                                        For the Court:
                                                       Clerk of the Court

                                                       BY:  sm