**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

FUSION CUISINE, INC.,                        Case No. 10-00821
                                             Chapter 11
          Debtor.

## MOTION OF UNITED STATES TRUSTEE TO CONVERT TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS

The United States Trustee represents that:

1. The debtor commenced this case by filing a voluntary petition under Chapter 11 on August 20, 2010.

2. The Court has jurisdiction of this proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

3. The United States Trustee files this motion in furtherance of his duties and responsibilities set forth in 28 U.S.C. § 586 and 11 U.S.C. § 307 and pursuant to 11 U.S.C. § 1112(b).

4. The debtor previously filed Chapter 11 Case No. 10-00657, which the Court dismissed on August 4, 2010, based on the debtor's failure to file required schedules and statements.

5. The debtor has failed to file monthly reports of income and expenses with the court and with the United States Trustee since the inception of the case. The failure to file

reports is cause for conversion to Chapter 7 or for dismissal.  11 U.S.C. § 1112(b)(4)(E), (F) and (H).

6. The debtor has failed to pay quarterly fees owed to the United States Trustee pursuant to 28 U.S.C.§ 1930(a)(6).   Failure to pay those fees is additional cause for dismissal. 11 U.S.C. § 1112(b)(4)(K).

7. The debtor has not filed a proposed plan and disclosure statement.

8. There do not appear to be any unusual circumstances that would result in a finding that either dismissal or conversion of this case is not in the best interest of the creditors of the estate.

9. Inasmuch as the grounds for this motion are set forth herein, it is requested that the requirement for a separate memorandum of points and authorities be waived.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an order converting this case to a case under Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing this Chapter 11 case and such other and further relief as may be deemed just and proper.

Dated: November 22, 2010

Respectfully requested,
W. Clarkson McDow, Jr.
United States Trustee
Region Four

/s/ Martha L. Davis
Martha L. Davis
Trial Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7180

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify under penalty of perjury that on the 23rd day of November, 2010, I served the below named parties with true and correct copies of the following documents:

>MOTION OF THE UNITED STATES TRUSTEE TO CONVERT
>TO CHAPTER 7 OR, IN THE ALTERNATIVE, TO DISMISS,
>
>NOTICE OF MOTION AND HEARING AND DEADLINE TO OBJECT
>
>PROPOSED ORDERS OF DISMISSAL AND OF CONVERSION

by mailing said copies by first class, United States mail, postage prepaid, with return address clearly shown or by electronic means, to said parties at the addresses shown below.

Kenneth L. Samuelson, Esq.
2020 Pennsylvania Avenue, NW
Suite 417
Washington, DC 20006

Fusion Cuisine, Inc.
3277 M Street, NW
Washington, DC 20007

          /s/ Cara Nebeker
          Cara Nebeker