**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

FUSION CUISINE, INC.,

          Debtor.

Case No. 10-00821
Chapter 11

**NOTICE OF MOTION AND HEARING**
**AND DEADLINE TO OBJECT**

      NOTICE IS HEREBY GIVEN that the United States Trustee has filed a **Motion to Convert to Chapter 7 or, in the Alternative, to Dismiss** in this bankruptcy case

      **NOTICE OF DEADLINE TO OBJECT.** If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE, you must file and serve a written objection to the motion, together with the proposed order required by local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, NW, Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

      **NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge, for **December 15, 2010 at 9:30 o'clock a.m.** The hearing will be in the United States Bankruptcy Court, Courtroom I, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001.

      Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Dated: November 22, 2010

W. Clarkson McDow, Jr.
United States Trustee
Region Four


   /s/   Martha L. Davis
Martha L. Davis
Trial Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7180