**FILED**
**NOV 3 0 2010**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In re:                              )
                                    )
    FUSION CUISINE, INC.            )    CASE NO. 10-00821
                                    )
        Debtor.                     )    Chapter 11
                                    )

## AMENDED NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING AND DEADLINE TO OBJECT

NOTICE IS HEREBY GIVEN that the undersigned counsel for Creditors, Sami Chway and Sleiman Kysia, has filed a **Motion for Relief from Stay** in this bankruptcy case.

**NOTICE OF DEADLINE TO OBJECT.** If you do not want to Court to grant the Motion or if you would like the court to consider your views, then WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS NOTICE, you must file and serve a written objection to the motion, together with the proposed order required by local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the **Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, NW, Washington, D.C. 20001** and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled for before the Honorable Judge Teel, United States Bankruptcy Judge, for **December 16, 2010** at **9:30 o'clock a.m.** The hearing will be in the United States Bankruptcy Court, Courtroom 1, Second Floor, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, he court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

                          Respectfully submitted,

                          _____
                          Nathan I. Finkelstein, Bar No. 09668
                          Finkelstein & Horvitz, P.C.
                          7315 Wisconsin Avenue, Suite 400 East
                          Bethesda, Maryland 20814
                          Telephone: (301) 951-8400
                          Facsimile: (301) 951-8401
                          Email: NatF@FandHLaw.com
                          *Attorney for Creditors/Movants,*
                          *Sami Chway and Sleiman Kysia*