The order below is hereby signed.

Signed: December 02, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

_____
:
**In re**                                 :
:
**FUSION CUISINE, INC.,**                 :    Case No. 10-00821
:    (Chapter 11)
**Debtor.**                      :
_____:

### ORDER DIRECTING EXAMINATION OF
### MUSTAFA C. POYRAZ UNDER FED. R. BANKR. P. 2004

Upon consideration of the Motion for Rule 2004 Examination of Mustafa C. Poyraz (the "Motion") filed by Gurkan Us ("Mr. Us"), and upon consideration of the objection (the "Objection") to the Motion filed by the debtor in possession Fusion Cuisine, Inc. ("FCI"), and the Court having concluded that cause exists to grant the relief requested in the Motion, it is, by the Court

ORDERED, ADJUDGED & DECREED:

1. The Motion is granted and the Objection is overrruled.

2. Mr. Us is permitted to take the examination of Mustafa C. Poyraz pursuant to Fed. R. Bankr. P. 2004 at a reasonable time and place within the District of Columbia designated by Mr. Us on at least ten (10) days written notice.

    3.    Mr. Us may compel the attendance of the witness and the production of documents by the witness in a manner provided by Fed. R. Bankr. P. 9016, as authorized by Fed. R. Bankr. P. 2004 (c).

cc:

Nelson Deckelbaum, Esq.
COOTER, MANGOLD, DECKELBAUM & KARAS, LLP
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015

Kenneth Samuelson, Esq.
SAMUELSON LAW OFFICES, LLC
2020 Pennsylvania Avenue, NW
Suite 417
Washington, DC 20006

Mr. Mustafa C. Poyraz
1530 Key Boulevard
Apt. 1122
Arlington, VA 22209

END OF ORDER