UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) Case No. 10-00821 |
| FUSION CUISINE, INC., | ) Chapter 7 |
|  | ) |
| Debtor. | ) |
|  | ) |

**APPLICATION TO AUTHORIZE RETENTION OF
<u>COUNSEL FOR MARC E. ALBERT, TRUSTEE</u>**

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

COMES NOW, Marc E. Albert, the duly appointed and qualified trustee of the Chapter 7 bankruptcy estate of Cyrano Edward Wilson ("Debtor"), by and through his proposed undersigned attorneys, Stinson Morrison Hecker LLP, and in support of his application to authorize retention of counsel, pursuant to 11 U.S.C. § 327, respectfully represents as follows:

1.     The Debtor filed a voluntary Chapter 11 petition on August 20, 2010.

2.     On December 16, 2010, upon a motion filed by the United States Trustee seeking to convert or dismiss the case, the Court entered a order converting the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

3.     Marc E. Albert is the duly appointed Chapter 7 Trustee ("Trustee") for the Debtor's estate.

4.     The Trustee seeks to retain Katherine M. Sutcliffe Becker, Tracey M. Ohm, Phyllicia M. Hoffman Tanenbaum and the law firm of Stinson Morrison Hecker LLP ("SMH" or "Attorneys") as his legal counsel.

5.     The Trustee has selected the Attorneys because the Attorneys have considerable experience in matters for which they are to be retained, and because the Trustee believes that the

Attorneys are well qualified to provide representation in all proceedings arising in connection with the above-captioned matter.

6.  The professional services that the Attorneys are to render in connection with the above-captioned matter include:

>   a) preparing any necessary applications, motions, objections, memoranda, briefs, notices, answers, orders, reports or other legal papers;
>
>   b) appearing on the Trustee's behalf in any proceeding;
>
>   c) handling any contested matters or Adversary Proceedings as they arise; and
>
>   d) performing other legal services for the Trustee which may be necessary or desirable in connection with the above-captioned matter.

7.  The Attorneys intend to apply to this Court periodically for approval of compensation, computed in the first instance at their applicable current hourly billing rates. Partner rates range from $335/hr. to $515/hr.  Associate rates range from $240/hr. to $275/hr.  SMH's rates change in October or November of each year.

8.  To the best of the Trustee's knowledge, except as stated below and in the Verified Statement filed herewith, none of the Attorneys has any connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

9.  In connection with a previous case filed by the Debtor, which has since been dismissed (Case No. 10-00657), the Debtor's principal, Mustafa Cemil Poyraz, briefly met with Marc E. Albert to discuss a potential representation.  No confidential information was exchanged at this meeting, and Mr. Albert had no further contact from Mr. Poyraz after the initial meeting.  The Trustee has disclosed this to the Office of the U.S. Trustee and to the Debtor and Debtor's

counsel and neither has raised an objection to him serving as Trustee or employing SMH as counsel for the estate.

10. SMH periodically represents the Trustee in his capacity as Chapter 7 and Chapter 11 trustee in proceedings before this Court and other bankruptcy courts.

11. All payments to the Attorneys will be pursuant to 11 U.S.C. § 330 and an application on notice to all appropriate parties.

12. Other than as set forth above and may be stated in the Verified Statement filed herewith, the Attorneys represent no interest adverse to the Trustee, the Debtor, or the estate in the matters upon which they are to be engaged, are disinterested persons, and their employment is in the best interests of the estate and creditors generally.

WHEREFORE, Marc E. Albert, Trustee, respectfully requests that this Court enter an Order:

a) pursuant to 11 U.S.C. § 327(a), authorizing him to employ the Attorneys to provide representation in connection with the matters described hereinabove; and

b) granting such other and further relief as this Court may deem just, equitable and proper.

Dated: December 17, 2010               Respectfully submitted,

/s/ Marc E. Albert                          /s/ Katherine M. Sutcliffe Becker
Marc E. Albert, Trustee                     Katherine M. Sutcliffe Becker, No. 481394
(via hard copy signature)                   STINSON MORRISON HECKER LLP
STINSON MORRISON HECKER LLP                 1150 18th Street, N.W.
1150 18th Street, N.W.                      Suite 800
Suite 800                                   Washington, DC 20036
Washington, DC 20036                        Tel. (202) 785-9100
Tel. (202) 785-9100                         Fax (202) 785-9163
Fax (202) 785-9163                          kbecker@stinson.com
*Trustee for the estate of Fusion Cuisine,  *Proposed Attorneys for Marc E. Albert,
Inc.*                                       Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of the foregoing Application to Authorize Retention of Counsel for Marc E. Albert, Trustee, Verified Statement, and Proposed Order on December 17, 2010, electronically via the Court's ECF system, or by first class mail, postage prepaid, upon the following:

Martha L. Davis, Esq.
Office of the U.S. Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314

Kenneth L. Samuelson, Esq.
Samuelson Law Offices, LLC
2020 Pennsylvania Ave., NW
#417
Washington, DC 20006

David E. Lynn, Esq.
15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850

/s/ Katherine M. Sutcliffe Becker
Katherine M. Sutcliffe Becker